UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 17CR3524-H |
| Plaintiff, | |
| v. | **ORDER TERMINATING SUPERVISED RELEASE** |
| KEVIN ALFREDO CARDENAS, | |
| Defendant | |

Pursuant to the joint motion of the parties, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the remaining term of supervised release for the Defendant, Kevin Cardenas, in the above matter be terminated pursuant to 18 U.S.C. § 3583(e)(1), as it is warranted by the conduct of the Defendant and the interest of justice.

SO ORDERED.

Dated: 3/28/2023

_____
HONORABLE MARILYN L. HUFF
United States District Court Judge